**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50564 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-04015-L |
| v. | |
| JOAQUIN HERNANDEZ-NAVARRO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
M. James Lorenz, District Judge, Presiding

Submitted April 7, 2014[**]

Before:     TASHIMA, GRABER, and IKUTA, Circuit Judges.

Joaquin Hernandez-Navarro appeals from the revocation of supervised

release and the 8-month sentence imposed upon revocation.  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Hernandez-Navarro's counsel has filed a brief

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.

Because Hernandez-Navarro has fully served his custodial sentence and is not subject to a term of supervised released, we dismiss this appeal as moot. *See Spencer v. Kemna*, 523 U.S. 1, 14 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED.**